UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
PAUL J. WELLINGTON, VICKIE L. WEST, :
COURTNEY WHORTON, DEBBIE WILLIAMS, :
IRENE WILLIAMS, SHERRY WILLIAMS, :
NATASHA WILSON, FRANCES WOOD, :
SUSAN WOODS, LORNA WOOTEN, SHARON :
WUNDER, BETTY YOUNGS, AIDA ZIADEH, :
ANN RENEE MILLER, LINDA LATINO, :
GLENDA SUE HINES, KAREN DUNAWAY, :
TIMOTHY MCNULLY, BARBARA :
ABELMANN, GAIL ALIX (HARDIN) :
 :
    Plaintiffs. : Civil Action
v. : No. 04-11322-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
    Defendants. :
------------------------------------- x

## NOTICE OF APPEARANCE

       Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 7, 2004                                          Respectfully submitted,
    Boston, Massachusetts

                                                                              /s/Matthew J. Matule
                                                                        Matthew J. Matule (BBO #632075)
                                                                        SKADDEN, ARPS, SLATE,
Of Counsel:                                                        MEAGHER & FLOM LLP
Barbara Wrubel                                              One Beacon Street
Katherine Armstrong                                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                             (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                Counsel for Defendant
                                                                          Boehringer Ingelheim Pharmaceuticals, Inc