UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
PAUL J. WELLINGTON, VICKIE L. WEST,        :
COURTNEY WHORTON, DEBBIE WILLIAMS,         :
IRENE WILLIAMS, SHERRY WILLIAMS,           :
NATASHA WILSON, FRANCES WOOD,              :
SUSAN WOODS, LORNA WOOTEN, SHARON          :
WUNDER, BETTY YOUNGS, AIDA ZIADEH,         :
ANN RENEE MILLER, LINDA LATINO,            :
GLENDA SUE HINES, KAREN DUNAWAY,           :
TIMOTHY MCNULLY, BARBARA                   :
ABELMANN, GAIL ALIX (HARDIN)               :
                                           :
       Plaintiffs.                         :   Civil Action
v.                                         :   No. 04-11322-GAO
                                           :
INDEVUS PHARMACEUTICALS, INC., F/K/A       :
INTERNEURON PHARMACEUTICALS, INC.;         :
WYETH, INC., F/K/A AMERICAN HOME           :
PRODUCTS CORPORATION; WYETH                :
PHARMACEUTICALS, INC F/K/A WYETH-          :
AYERST PHARMACEUTICALS, INC., A            :
DIVISION OF AMERICAN HOME PRODUCTS         :
CORPORATION; AND BOEHRINGER                :
INGELHEIM PHARMACEUTICALS, INC.,           :
                                           :
       Defendants.                         :
------------------------------------ x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

| | |
|---|---|
| Dated:  July 7, 2004<br>          Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |