UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

PAUL J. WELLINGTON, VICKIE L. WEST,
COURTNEY WHORTON, DEBBIE WILLIAMS,
IRENE WILLIAMS, SHERRY WILLIAMS,
NATASHA WILSON, FRANCES WOOD,
SUSAN WOODS, LORNA WOOTEN, SHARON
WUNDER, BETTY YOUNGS, AIDA ZIADEH,
ANN RENEE MILLER, LINDA LATINO,
GLENDA SUE HINES, KAREN DUNAWAY,
TIMOTHY MCNULLY, BARBARA
ABELMANN, GAIL ALIX (HARDIN),

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action
No. 04-11322-GAO

---

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

      Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  September 2, 2004
     Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800


Counsel for Defendant
Indevus Pharmaceuticals, Inc.